Joshua M. O'Hare
FOLEY FREEMAN, PLLC
953 S. Industry Way
P.O. Box 10
Meridian, Idaho 83680
Phone:   208.888.9111
Fax:     208.888.5130
Idaho State Bar No. 10927
E-mail: johare@foleyfreeman.com

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| In re:<br><br>**RICHARD JAMES WHEYLAND and NIKKI LEE WHEYLAND,**<br><br>Debtor. | Case No. 21-00461-JMM<br><br>Chapter 7<br><br>**SECOND MOTION TO COMPEL ABANDONMENT OF BANK ACCOUNT** |
|---|---|

COMES NOW the Debtors, Richard James Wheyland and Nikki Lee Wheyland, ("Debtors"), by and through their attorney of record, Joshua M. O'Hare of Foley Freeman, PLLC, and hereby moves this Court for abandonment of the Union Bank account (the "Account") pursuant to 11 U.S.C § 554, and Bankruptcy Rule 6007 and Local rule 6007.1.

1. The Account is the property of Kenneth Graham, Nikki's father, who resides in Yucca Valley, California.

2. Mr. Graham is retired and uses the Account to pay for his normal everyday expenses.

3. Mr. Graham's only sources of income are Social Security and VA Disability. This is reflected by the account statements attached as **Exhibit A**.

4. Sometime before filing the petition, Nikki was given access to the Account to assist Mr. Graham in managing his funds.

**SECOND MOTION TO COMPEL ABANDONMENT OF BANK ACCOUNT - 1**

5. Mr. Graham also wanted Nikki to have access to the Account so that, if he were to pass away, she could dispense with the funds as necessary.

6. The Account was never intended to be a joint account that Nikki could use for her own expenses. This is also demonstrated by Exhibit A as there are only two transactions with Nikki's name attached in the two years of statements that are provided.

7. In or around March 2021, Nikki separated from her husband Richard Wheyland, and needed a place to live.

8. The landlord of the property she currently rents stated that they would only rent the property to her if she paid a year's worth of rent upfront.

9. Being of little means, Nikki asked her father for help making the payment and Mr. Graham gave her $17,000.00 out of the Account.

10. In or around February 2021, Mr. Graham found a piece of property in Idaho that he intended to purchase.

11. Mr. Graham contacted Nikki to help him make the purchase and, on his behalf, Nikki used her own money to put a $1,000.00 earnest money deposit on the property.

12. On February 23, 2021, Mr. Graham wired $25,000.00 to Pioneer Title Company as the down payment on the property.

13. However, Mr. Graham's purchase of the property was unsuccessful, and his down payment was refunded on March 17, 2021.

14. The Account is not joint property because it was never intended to be joint property and was never treated as though it was, and the presumption of joint ownership cannot be sustained in the light of these facts.

15. Therefore, the Account should be abandoned so Mr. Graham can once again access his funds.

**SECOND MOTION TO COMPEL ABANDONMENT OF BANK ACCOUNT - 2**

## CONCLUSION

For the aforementioned reasons, the Debtors request that this Court order abandonment of this property.

DATED this 10th day of January, 2022.

                FOLEY FREEMAN, PLLC

                /s/ Joshua M. O'Hare
                Joshua M. O'Hare
                Attorney for Debtor

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 10th day of January, 2022, I caused to be served a true and correct copy of the foregoing document by the method indicated below, and addressed to the following:

| | |
|---|---|
| Office of the U.S. Trustee<br>Washington Group Central Plaza<br>720 Park Blvd., Ste. 220<br>Boise, ID 83712 | __X__ CM/ECF Notice |
| Timothy R. Kurtz<br>Chapter 7 Trustee<br>PO BOX 956<br>Boise, ID 83702 | __X__ CM/ECF Notice |
| Attachment A | __X__ U.S. Mail |

                /s/ Joshua M. O'Hare
                Joshua M. O'Hare

## ATTACHMENT A

ADVANTAGE FINANCIAL SERVICES
ATTN: BANKRUPTCY
10 S COLE RD BOISE, ID 83709

BANK OF AMERICA
ATTN: BANKRUPTCY PO BOX 982234
EL PASO, TX 79998

BANK OF AMERICA
ATTN: BANKRUPTCY
4909 SAVARESE CIRCLE
TAMPA, FL 33634

CAREPOINT EMERGENCY MEDICINE
BC SERVICES INC
PO BOX 1317
LONGMONT, CO 80502-1317

CHASE CARD SERVICES ATTN: BANKRUPTCY
PO BOX 15298
WILMINGTON, DE 19850

CMG FINANCIAL
ATTN: BANKRUPTCY
3160 CROW CANYON RD, STE 400
SAN RAMON, CA 94583

DISCOVER FINANCIAL
ATTN: BANKRUPTCY
PO BOX 3025
NEW ALBANY, OH 43054

GEM IRRIGATION DISTRICTT
PO BOX 67
HOMEDALE, ID 83628

GEM STATE RADIOLOGY
PO BOX 9649
BOISE, ID 83707

HYUNDAI MOTOR FINANCE ATTN:
BANKRUPTCY
PO BOX 20829
FOUNTAIN VALLEY, CA 92728
CINCINNATI, OH 45274-0776

IDAHO STATE TAX COMMISSION
BANKRUPTCY DIVISION
PO BOX 36
BOISE, ID 83722

IRS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

JPMCB
PO BOX 15369
WILMINGTON, DE 19850

MISSION FEDERAL CREDIT UNION
ATTN: BANKRUPTCY
PO BOX 919023
SAN DIEGO, CA 92191

NPAS SOLUTIONS, LLC
PO BOX 2248
MARYLAND HEIGHTS, MO 63043-1048

SHEARER BONNEY PC
SHAUN BONNEY
PO BOX 15412
BOISE, ID 83715

SUTTELL HAMMER, PC
PO BOX 90006
BELLEVUE, WA 98009

WEST VALLEY MEDICAL CENTER
PO BOX 740757
CINCINNATI, OH 45274-0757

WEST VALLEY MEDICAL GROUP
PO BOX 740776
CINCINNATI, OH 45274-0776

**SECOND MOTION TO COMPEL ABANDONMENT OF BANK ACCOUNT - 4**

# Statement of Accounts

**UNION BANK**
YUCCA VALLEY 0433
P.O. BOX 60368
PHOENIX    AZ    85082-0368

Page 1 of 2
Statement Number: ████ 6096
1/21/21 - 2/17/21

Telephone Banking
For 24-hour Automated Direct Service
800-238-4486
800-826-7345(TDD)
Representatives are available
Monday through Saturday

To open additional accounts,
or apply for loans, call your
banking office at 760-365-2321

You may also access your account online
at unionbank.com

Thank you for banking with us
since 1985

CY13 Z   0 A 0000
KENNETH GRAHAM

## Ready to Go ® Checking Summary

Account Number: ████ 6096

Days in statement period: 28

| | | |
|---|---|---|
| Balance on 1/21 | $ | 41,013.16 |
| Additions | | 2,856.71 |
| Subtractions | | -1,811.80 |
| Checks | -492.52 | |
| Payments | -119.28 | |
| ATM withdrawals | -1,200.00 | |
| Balance on 2/17 | $ | 42,058.07 |
| Statement Average Ledger Balance | $ | 41,716.33 |

We waived your service charge this statement period.

### Additions

| Date | Description | Reference | Amount |
|---|---|---|---|
| 2/1 | VACP TREAS 310   XXVA BENEF PPD   ***********3600 | 51771090 | $ 1,444.71 |
| 2/3 | SSA  TREAS 310   XXSOC SEC PPD   ***********ASSA | 54826472 | 1,412.00 |
| | Total | | $ 2,856.71 |

### Checks

| Number | Date | Reference | Amount | Number | Date | Reference | Amount |
|---|---|---|---|---|---|---|---|
| 3212 | 1/21 | 29266598 | $ 144.33 | 3216 | 2/10 | 07525912 | $ 295.00 |
| 3213 | 2/10 | 07501844 | 25.13 | Total | | | $ 492.52 |
| 3215* | 2/16 | 28553178 | 28.06 | | | | |

* Checks missing in sequence. Out of sequence check numbers may also be located in the Payments section of your statement.

### Payments
online and electronic banking

| Date | Description | | | Account code | Reference | Amount |
|---|---|---|---|---|---|---|
| 2/8 | DISH NETWORK   DISHCKPYMT ARC   3214 | | | | 54698636 | $ 119.28 |

### ATM withdrawals

| Date | Description/Location | Reference | Amount |
|---|---|---|---|
| 1/22 | UNION BANK 57500 29-PALMS  YUCCA VALLEY CA | 26260381 70039181 | $ 100.00 |
| 1/25 | UNION BANK 57500 29-PALMS  YUCCA VALLEY CA | 26260381 71921011 | 100.00 |
| 1/27 | UNION BANK 57500 29-PALMS  YUCCA VALLEY CA | 26260381 73093118 | 100.00 |
| 2/1 | UNION BANK 57500 29-PALMS  YUCCA VALLEY CA | 26260381 70857053 | 100.00 |
| 2/4 | UNION BANK 57500 29-PALMS  YUCCA VALLEY CA | 26260381 70386579 | 200.00 |
| 2/5 | UNION BANK 57500 29-PALMS  YUCCA VALLEY CA | 26260381 71086513 | 200.00 |
| 2/8 | UNION BANK 57500 29-PALMS  YUCCA VALLEY CA | 26260381 73051639 | 200.00 |
| 2/9 | UNION BANK 57500 29-PALMS  YUCCA VALLEY CA | 26260381 73687685 | 200.00 |
| | Total | | $ 1,200.00 |



EXHIBIT A

Page 2 of 2
Statement Number: ▮▮▮▮6096
1/21/21 - 2/17/21

**The following features and services are available with your account:**

- Unlimited Check Writing
- Online Banking
- Mobile Banking
- Text Alerts
- Online Bill Pay
- Unlimited Check Supply

- Debit Card or ATM Card
- Online Statements
- Email Alerts
- Union Bank ATMs
- Paper Statements
- Personal Savings or Money Market Account

| Your Account's Cost This Month | |
|---|---|
| Monthly Service Charge: | $ 10.00 |
| Cost Before Savings: | $ 10.00 |
| DIRECT DEPOSIT WAIVER | $ - 10.00 |
| Your Cost Savings This Month: | $ 10.00 |
| Your Total Monthly Cost: | $ 0.00 |

*If you would like details of the costs for the Ready to Go feature(s) you have selected, please refer to the Ready to Go Simply St⟨ Product Guide. For additional details, please visit your local branch, visit us online, or call us at 800-238-4486.

# Statement of Accounts

UNION BANK
YUCCA VALLEY 0433
P.O. BOX 60368
PHOENIX          AZ  85082-0368

Page 1 of 2
Statement Number: 6096
2/18/21 - 3/19/21

Telephone Banking
For 24-hour Automated Direct Service
800-238-4486
800-826-7345(TDD)
Representatives are available
Monday through Saturday

To open additional accounts,
or apply for loans, call your
banking office at 760-365-2321

CY13 Z  0 A 0000
KENNETH GRAHAM

You may also access your account online
at unionbank.com

Thank you for banking with us
since 1985

Get the Bank Freely§ Rewards Visa® Credit Card
Unlimited 1.5% cash back rewards and a $100 introductory reward bonus
Plus, get an additional 25% redemption bonus when rewards are redeemed to your checking
or savings account - that's like getting 1.875% cash back!
To learn more and to apply for the Bank Freely Rewards Credit Card visit unionbank.com/BFCard

## Ready to Go ® Checking Summary

Account Number: 6096

Days in statement period: 30

| | | |
|---|---:|---:|
| Balance on 2/18 | $ | 42,058.07 |
| Additions | | 27,856.71 |
| Subtractions | | -43,462.43 |
| Checks | -163.15 | |
| Payments | -42,124.28 | |
| ATM withdrawals | -1,100.00 | |
| Other Withdrawals | -75.00 | |
| Balance on 3/19 | $ | 26,452.35 |
| Statement Average Ledger Balance | $ | 22,950.67 |

We waived your service charge this statement period.

### Additions

| Date | Description | | Reference | Amount |
|---|---|---|---|---:|
| 3/1 | VACP TREAS 310  XXVA BENEF PPD | ***********3600 | 58607881 | $ 1,444.71 |
| 3/3 | SSA TREAS 310  XXSOC SEC PPD | ***********ASSA | 52893147 | 1,412.00 |
| 3/17 | WIRE TRANS  TRN 0317018899 031721 092901683008655 | | 93052917 | 25,000.00 |
| | Received From: | | | |
| |    FIRST INTERSTATE BANK | | | |
| | Originator: | | | |
| |    PIONEER TITLE COMPANY OF CANYON COU | | | |
| Total | | | $ | 27,856.71 |

### Checks

| Number | Date | Reference | Amount | Number | Date | Reference | Amount |
|---|---|---|---:|---|---|---|---:|
| 3217 | 2/22 | 28593866 | $ 92.32 | 3220* | 3/11 | 27784458 | $ 28.06 |
| 3218 | 3/9 | 06972692 | 42.77 | Total | | | $ 163.15 |

* Checks missing in sequence. Out of sequence check numbers may also be located in the Payments section of your statement.

Page 2 of 2
Statement Number: 6096
2/18/21 - 3/19/21

| Payments | Date | Description | Account code | Reference | | Amount |
|---|---|---|---|---|---|---|
| online and electronic banking | 2/23 | WIRE TRANS   TRN 0223023086 022321<br>Sent To:<br>  FIRST INTERSTATE BANK<br>Beneficiary:<br>  1/PIONEER TITLE COMPANY OF | | 93056168 | $ | 25,000.00 |
| | 3/9 | DISH NETWORK   DISHCKPYMT ARC   3219 | | 52652376 | | 124.28 |
| | 3/17 | WIRE TRANS   TRN 0317024285 031721<br>Sent To:<br>  IDAHO CENTRAL CREDIT UNION<br>Beneficiary:<br>  1/NIKKI L WHEYLAND | | 93056411 | | 17,000.00 |
| | Total | | | | $ | 42,124.28 |

| ATM withdrawals | Date | Description/Location | | Reference | | Amount |
|---|---|---|---|---|---|---|
| | 2/18 | UNION BANK 57500 29-PALMS YUCCA VALLEY CA | | 26260381 71705631 | $ | 200.00 |
| | 2/23 | UNION BANK 57500 29-PALMS YUCCA VALLEY CA | | 26260381 70975390 | | 100.00 |
| | 3/1 | UNION BANK 57500 29-PALMS YUCCA VALLEY CA | | 26260381 70409197 | | 100.00 |
| | 3/3 | UNION BANK 57500 29-PALMS YUCCA VALLEY CA | | 26260381 72638628 | | 200.00 |
| | 3/5 | UNION BANK 57500 29-PALMS YUCCA VALLEY CA | | 26260381 70114350 | | 100.00 |
| | 3/8 | UNION BANK 57500 29-PALMS YUCCA VALLEY CA | | 26260381 72264123 | | 100.00 |
| | 3/12 | UNION BANK 57500 29-PALMS YUCCA VALLEY CA | | 26260381 70937667 | | 200.00 |
| | 3/18 | UNION BANK 57500 29-PALMS YUCCA VALLEY CA | | 26260381 71012915 | | 100.00 |
| | Total | | | | $ | 1,100.00 |

| Other Withdrawals | Date | Description | | Reference | | Amount |
|---|---|---|---|---|---|---|
| including fees and adjustments | 2/23 | OUTG DOMESTIC WIRE FEE BRANCH   TRN 210223-023086 | | 93059843 | $ | 30.00 |
| | 3/17 | INCOMING WIRE TRANSFER FEE   TRN 210317-018899 | | 93059243 | | 15.00 |
| | 3/17 | OUTG DOMESTIC WIRE FEE BRANCH   TRN 210317-024285 | | 93059244 | | 30.00 |
| | Total | | | | $ | 75.00 |

**The following features and services are available with your account:**

- " Unlimited Check Writing
- " Online Banking
- " Mobile Banking
- " Text Alerts
- " Online Bill Pay
- " Unlimited Check Supply
- " Debit Card or ATM Card
- " Online Statements
- " Email Alerts
- " Union Bank ATMs
- " Paper Statements
- " Personal Savings or Money Market Account

| Your Account's Cost This Month | | |
|---|---|---|
| Monthly Service Charge: | $ | 10.00 |
| Cost Before Savings: | $ | 10.00 |
| DIRECT DEPOSIT WAIVER | $ | - 10.00 |
| Your Cost Savings This Month: | $ | 10.00 |
| Your Total Monthly Cost: | $ | 0.00 |

*If you would like details of the costs for the Ready to Go feature(s) you have selected, please refer to the Ready to Go Simply St Product Guide. For additional details, please visit your local branch, visit us online, or call us at 800-238-4486.

# Statement of Accounts

UNION BANK
YUCCA VALLEY 0433
P.O. BOX 60368
PHOENIX           AZ   85082-0368

Page 1 of 2
Statement Number: ▮6096
3/20/21 - 4/20/21

Telephone Banking
For 24-hour Automated Direct Service
800-238-4486
800-826-7345(TDD)
Representatives are available
Monday through Saturday

To open additional accounts,
or apply for loans, call your
banking office at 760-365-2321

CY13 Z  0 A 1200

KENNETH GRAHAM

You may also access your account online
at unionbank.com

Thank you for banking with us
since 1985

¬ Get the Bank Freely§ Rewards Visa® Credit Card
Unlimited 1.5% cash back rewards and a $100 introductory reward bonus
Plus, get an additional 25% redemption bonus when rewards are redeemed to your checking
or savings account - that's like getting 1.875% cash back!
To learn more and to apply for the Bank Freely Rewards Credit Card visit unionbank.com/BFCard

## Ready to Go ® Checking Summary

Account Number: ▮6096

Days in statement period: 32

| | | | |
|---|---|---|---|
| Balance on 3/20 | $ | | 26,452.35 |
| Additions | | | 5,256.71 |
| Subtractions | | | -3,464.49 |
|   Checks | | -1,210.21 | |
|   Payments | | -1,124.28 | |
|   ATM withdrawals | | -1,100.00 | |
|   Other Withdrawals | | -30.00 | |
| Balance on 4/20 | $ | | 28,244.57 |
| Statement Average Ledger Balance | $ | | 27,443.71 |

We waived your service charge this statement period.

### Additions

| Date | Description | | Reference | | Amount |
|---|---|---|---|---|---|
| 3/30 | OFFICE DEPOSIT # 0002795562 | | 76543416 | $ | 1,000.00 |
| 4/1 | VACP TREAS 310  XXVA BENEF PPD | ***********3600 | 59996417 | | 1,444.71 |
| 4/2 | SSA TREAS 310  XXSOC SEC PPD | ***********ASSA | 52841683 | | 1,412.00 |
| 4/7 | IRS TREAS 310  TAXEIP3 PPD | ***********0989 | 57069609 | | 1,400.00 |
| **Total** | | | | $ | 5,256.71 |

### Checks

| Number | Date | Reference | Amount | Number | Date | Reference | Amount |
|---|---|---|---|---|---|---|---|
| 3221 | 3/22 | 28542366 $ | 75.13 | 3225 | 4/6 | 07668284 $ | 487.07 |
| 3222 | 4/7 | 07503298 | 28.89 | 3226 | 4/8 | 75041007 | 591.06 |
| 3224* | 4/8 | 27824162 | 28.06 | **Total** | | $ | 1,210.21 |

* Checks missing in sequence. Out of sequence check numbers may also be located in the Payments section of your statement.

Page 2 of 2
Statement Number: 6096
3/20/21 - 4/20/21

| Payments | Date | Description | Account code | Reference | | Amount |
|---|---|---|---|---|---|---|
| online and electronic banking | 3/23 | WIRE TRANS  TRN 0323022124 032321 Sent To: IDAHO CENTRAL CREDIT UNION Beneficiary: 1/NIKKI L WHEYLAND | | 93055799 | $ | 1,000.00 |
| | 4/8 | DISH NETWORK  DISHCKPYMT ARC  3223 | | 52507326 | | 124.28 |
| | Total | | | | $ | 1,124.28 |

| ATM withdrawals | Date | Description/Location | | Reference | | Amount |
|---|---|---|---|---|---|---|
| | 3/22 | UNION BANK 57500 29-PALMS  YUCCA VALLEY  CA | | 26260381 73130284 | $ | 100.00 |
| | 3/29 | UNION BANK 57500 29-PALMS  YUCCA VALLEY  CA | | 26260381 70363236 | | 100.00 |
| | 3/31 | UNION BANK 57500 29-PALMS  YUCCA VALLEY  CA | | 26260381 72610438 | | 200.00 |
| | 4/5 | UNION BANK 57500 29-PALMS  YUCCA VALLEY  CA | | 26260381 71675418 | | 100.00 |
| | 4/6 | UNION BANK 57500 29-PALMS  YUCCA VALLEY  CA | | 26260381 73145940 | | 100.00 |
| | 4/12 | UNION BANK 57500 29-PALMS  YUCCA VALLEY  CA | | 26260381 73536368 | | 200.00 |
| | 4/14 | UNION BANK 57500 29-PALMS  YUCCA VALLEY  CA | | 26260381 70989409 | | 100.00 |
| | 4/16 | UNION BANK 57500 29-PALMS  YUCCA VALLEY  CA | | 26260381 72405343 | | 200.00 |
| | Total | | | | $ | 1,100.00 |

| Other Withdrawals | Date | Description | | Reference | | Amount |
|---|---|---|---|---|---|---|
| including fees and adjustments | 3/23 | OUTG DOMESTIC WIRE FEE BRANCH  TRN 210323-022124 | | 93059656 | $ | 30.00 |

The following features and services are available with your account:

- Unlimited Check Writing
- Online Banking
- Mobile Banking
- Text Alerts
- Online Bill Pay
- Unlimited Check Supply
- Debit Card or ATM Card
- Online Statements
- Email Alerts
- Union Bank ATMs
- Paper Statements
- Personal Savings or Money Market Account

| Your Account's Cost This Month | | |
|---|---|---|
| Monthly Service Charge: | $ | 10.00 |
| Cost Before Savings: | $ | 10.00 |
| DIRECT DEPOSIT WAIVER | $ | - 10.00 |
| Your Cost Savings This Month: | $ | 10.00 |
| Your Total Monthly Cost: | $ | 0.00 |

*If you would like details of the costs for the Ready to Go feature(s) you have selected, please refer to the Ready to Go Simply St Product Guide. For additional details, please visit your local branch, visit us online, or call us at 800-238-4486.

# Statement of Accounts

UNION BANK
YUCCA VALLEY 0433
P.O. BOX 60368
PHOENIX          AZ   85082-0368

Page 1 of 2
Statement Number: 6096
4/21/21 - 5/19/21

Telephone Banking
For 24-hour Automated Direct Service
800-238-4486
800-826-7345(TDD)
Representatives are available
Monday through Saturday

To open additional accounts,
or apply for loans, call your
banking office at 760-365-2321

You may also access your account online
at unionbank.com

Thank you for banking with us
since 1985

CY13 Z  0 A 0230

KENNETH GRAHAM

## Ready to Go ® Checking Summary

Account Number: 6096

Days in statement period: 29

| | | |
|---|---|---|
| Balance on 4/21 | $ | 28,244.57 |
| Additions | | 2,856.71 |
| Subtractions | | -2,613.50 |
| Checks | -389.22 | |
| Payments | -124.28 | |
| ATM withdrawals | -2,100.00 | |
| Balance on 5/19 | $ | 28,487.78 |
| Statement Average Ledger Balance | $ | 28,648.34 |

We waived your service charge this statement period.

### Additions

| Date | Description | | Reference | Amount |
|---|---|---|---|---|
| 4/30 | VACP TREAS 310  XXVA BENEF PPD | ***********3600 | 59221516 | $ 1,444.71 |
| 5/3 | SSA TREAS 310  XXSOC SEC PPD | ***********ASSA | 51904170 | 1,412.00 |
| | Total | | | $ 2,856.71 |

### Checks

| Number | Date | Reference | Amount | Number | Date | Reference | Amount |
|---|---|---|---|---|---|---|---|
| 3227 | 4/28 | 28513612 | $ 44.27 | 3230 | 5/6 | 08258344 | $ 28.89 |
| 3228 | 4/27 | 27770494 | 23.00 | 3232* | 5/10 | 29298298 | 28.06 |
| 3229 | 4/21 | 08282660 | 265.00 | Total | | | $ 389.22 |

* Checks missing in sequence. Out of sequence check numbers may also be located in the Payments section of your statement.

### Payments

online and electronic banking

| Date | Description | | | Account code | Reference | Amount |
|---|---|---|---|---|---|---|
| 5/7 | DISH NETWORK | DISHCKPYMT ARC | 3231 | | 52697450 | $ 124.28 |

### ATM withdrawals

| Date | Description/Location | Reference | Amount |
|---|---|---|---|
| 4/21 | UNION BANK 57500 29-PALMS YUCCA VALLEY CA | 26260381 72121664 | $ 300.00 |
| 4/26 | UNION BANK 57500 29-PALMS YUCCA VALLEY CA | 26260381 70203876 | 300.00 |
| 4/27 | UNION BANK 57500 29-PALMS YUCCA VALLEY CA | 26260381 72454265 | 300.00 |
| 5/10 | UNION BANK 57500 29-PALMS YUCCA VALLEY CA | 26260381 73382460 | 100.00 |
| 5/10 | UNION BANK 57500 29-PALMS YUCCA VALLEY CA | 26260381 73352368 | 200.00 |
| 5/13 | UNION BANK 57500 29-PALMS YUCCA VALLEY CA | 26260381 72492701 | 300.00 |
| 5/17 | UNION BANK 57500 29-PALMS YUCCA VALLEY CA | 26260381 70282309 | 300.00 |
| 5/17 | UNION BANK 57500 29-PALMS YUCCA VALLEY CA | 26260381 70285910 | 300.00 |
| | Total | | $ 2,100.00 |

Page 2 of 2
Statement Number: ▮▮▮▮6096
4/21/21 - 5/19/21

**The following features and services are available with your account:**

- Unlimited Check Writing
- Online Banking
- Mobile Banking
- Text Alerts
- Online Bill Pay
- Unlimited Check Supply

- Debit Card or ATM Card
- Online Statements
- Email Alerts
- Union Bank ATMs
- Paper Statements
- Personal Savings or Money Market Account

| Your Account's Cost This Month | |
|---|---|
| Monthly Service Charge: | $ 10.00 |
| Cost Before Savings: | $ 10.00 |
| DIRECT DEPOSIT WAIVER | $ - 10.00 |
| Your Cost Savings This Month: | $ 10.00 |
| Your Total Monthly Cost: | $ 0.00 |

*If you would like details of the costs for the Ready to Go feature(s) you have selected, please refer to the Ready to Go Simply St₹ Product Guide. For additional details, please visit your local branch, visit us online, or call us at 800-238-4486.

# Statement of Accounts

UNION BANK
YUCCA VALLEY 0433
P.O. BOX 60368
PHOENIX    AZ    85082-0368

Page 1 of 2
Statement Number: 6096
5/20/21 - 6/18/21

Telephone Banking
For 24-hour Automated Direct Service
800-238-4486
800-826-7345(TDD)
Representatives are available
Monday through Saturday

To open additional accounts,
or apply for loans, call your
banking office at 760-365-2321

You may also access your account online
at unionbank.com

Thank you for banking with us
since 1985

CY13 Z  0 A 0230

KENNETH GRAHAM

## Ready to Go ® Checking Summary

Account Number: 6096

Days in statement period: 30

| | | |
|---|---|---|
| Balance on 5/20 | $ | 28,487.78 |
| Additions | | 2,856.71 |
| Subtractions | | -1,779.21 |
| Checks | -154.93 | |
| Payments | -124.28 | |
| ATM withdrawals | -1,500.00 | |
| Balance on 6/18 | $ | 29,565.28 |

Statement Average Ledger Balance    $    29,217.18

We waived your service charge this statement period.

### Additions

| Date | Description | | Reference | Amount |
|---|---|---|---|---|
| 6/1 | VACP TREAS 310  XXVA BENEF PPD | ***********3600 | 59518537 | $ 1,444.71 |
| 6/3 | SSA TREAS 310  XXSOC SEC PPD | ***********ASSA | 53554071 | 1,412.00 |
| Total | | | $ | 2,856.71 |

### Checks

| Number | Date | Reference | Amount | Number | Date | Reference | Amount |
|---|---|---|---|---|---|---|---|
| 3233 | 5/20 | 29289610 | $ 45.11 | 3237 | 6/11 | 29273996 | $ 45.35 |
| 3234 | 6/9 | 08289662 | 36.41 | Total | | | $ 154.93 |
| 3236* | 6/14 | 27069002 | 28.06 | | | | |

* Checks missing in sequence. Out of sequence check numbers may also be located in the Payments section of your statement.

### Payments

online and electronic banking

| Date | Description | | | Account code | Reference | Amount |
|---|---|---|---|---|---|---|
| 6/11 | DISH NETWORK | DISHCKPYMT ARC | 3235 | | 56355331 | $ 124.28 |

### ATM withdrawals

| Date | Description/Location | Reference | Amount |
|---|---|---|---|
| 5/24 | UNION BANK 57500 29-PALMS YUCCA VALLEY CA | 26260381 72432508 | $ 300.00 |
| 5/26 | UNION BANK 57500 29-PALMS YUCCA VALLEY CA | 26260381 73508412 | 200.00 |
| 6/1 | UNION BANK 57500 29-PALMS YUCCA VALLEY CA | 26260381 73435408 | 100.00 |
| 6/4 | UNION BANK 57500 29-PALMS YUCCA VALLEY CA | 26260381 72575258 | 100.00 |
| 6/4 | UNION BANK 57500 29-PALMS YUCCA VALLEY CA | 26260381 72525314 | 100.00 |
| 6/8 | UNION BANK 57500 29-PALMS YUCCA VALLEY CA | 26260381 71478793 | 100.00 |
| 6/9 | UNION BANK 57500 29-PALMS YUCCA VALLEY CA | 26260381 72198860 | 100.00 |
| 6/11 | UNION BANK 57500 29-PALMS YUCCA VALLEY CA | 26260381 73643996 | 200.00 |
| 6/11 | UNION BANK 57500 29-PALMS YUCCA VALLEY CA | 26260381 73619574 | 300.00 |
| Total | | $ | 1,500.00 |

Page 2 of 2
Statement Number: ▇▇▇▇6096
5/20/21 - 6/18/21

**The following features and services are available with your account:**

- Unlimited Check Writing
- Online Banking
- Mobile Banking
- Text Alerts
- Online Bill Pay
- Unlimited Check Supply
- Debit Card or ATM Card
- Online Statements
- Email Alerts
- Union Bank ATMs
- Paper Statements
- Personal Savings or Money Market Account

| Your Account's Cost This Month | |
|---|---|
| Monthly Service Charge: | $ 10.00 |
| Cost Before Savings: | $ 10.00 |
| DIRECT DEPOSIT WAIVER | $ - 10.00 |
| Your Cost Savings This Month: | $ 10.00 |
| Your Total Monthly Cost: | $ 0.00 |

*If you would like details of the costs for the Ready to Go feature(s) you have selected, please refer to the Ready to Go Simply St⸱ Product Guide. For additional details, please visit your local branch, visit us online, or call us at 800-238-4486.

# Statement of Accounts

**UNION BANK**
YUCCA VALLEY 0433
P.O. BOX 60368
PHOENIX          AZ   85082-0368

Page 1 of 2
Statement Number: 6096
6/19/21 - 7/20/21

Telephone Banking
For 24-hour Automated Direct Service
800-238-4486
800-826-7345(TDD)
Representatives are available
Monday through Saturday

To open additional accounts,
or apply for loans, call your
banking office at 760-365-2321

You may also access your account online
at unionbank.com

Thank you for banking with us
since 1985

CY13 Z  0 A 1030
KENNETH GRAHAM

¬ With Bank Freely§ Rewards Visa®Credit Card you can earn 1.5%cash back rewards for each $1.00 spent on Purchases and a $100 intro cash back rewards bonus following your first $1,000 in Purchases made within 3 months of account opening. This $100 cash back rewards bonus will post to your reward balance within 8 weeks after the close of your 3rd billing cycle. Limited to one intro cash back rewards bonus per card account. Visit unionbank.com/BFCard.

## Ready to Go ® Checking Summary

Account Number: 6096

Days in statement period: 32

| | | |
|---|---:|---:|
| Balance on 6/19 | $ | 29,565.28 |
| Additions | | 2,856.71 |
| Subtractions | | -1,448.75 |
| Checks | -64.47 | |
| Payments | -124.28 | |
| ATM withdrawals | -1,260.00 | |
| Balance on 7/20 | $ | 30,973.24 |
| Statement Average Ledger Balance | $ | 30,659.76 |

We waived your service charge this statement period.

### Additions

| Date | Description | | Reference | Amount |
|---|---|---|---|---:|
| 7/1 | VACP TREAS 310   XXVA BENEF PPD | ***********3600 | 59673982 | $ 1,444.71 |
| 7/2 | SSA TREAS 310   XXSOC SEC PPD | ***********ASSA | 52751530 | 1,412.00 |
| | Total | | | $ 2,856.71 |

### Checks

| Number | Date | Reference | Amount | Number | Date | Reference | Amount |
|---|---|---|---:|---|---|---|---:|
| 3238 | 7/12 | 06050954 | $ 36.41 | 3240* | 7/12 | 27769970 | $ 28.06 |
| | | | | | | Total | $ 64.47 |

\* Checks missing in sequence. Out of sequence check numbers may also be located in the Payments section of your statement.

### Payments
online and electronic banking

| Date | Description | | | Account code | Reference | Amount |
|---|---|---|---|---|---|---:|
| 7/12 | DISH NETWORK   DISHCKPYMT ARC | 3239 | | | 54461984 | $ 124.28 |

### ATM withdrawals

| Date | Description/Location | Reference | Amount |
|---|---|---|---:|
| 6/23 | UNION BANK 57500 29-PALMS YUCCA VALLEY CA | 26260381 70647210 | $ 100.00 |
| 6/25 | UNION BANK 57500 29-PALMS YUCCA VALLEY CA | 26260381 72094113 | 300.00 |
| 6/28 | UNION BANK 57500 29-PALMS YUCCA VALLEY CA | 26260381 70381550 | 60.00 |
| 6/30 | UNION BANK 57500 29-PALMS YUCCA VALLEY CA | 26260381 71793477 | 60.00 |
| 7/2 | UNION BANK 57500 29-PALMS YUCCA VALLEY CA | 26260381 73520903 | 40.00 |
| 7/6 | UNION BANK 57500 29-PALMS YUCCA VALLEY CA | 26260381 70892560 | 100.00 |

Page 2 of 2
Statement Number: 6096
6/19/21 - 7/20/21

| ATM withdrawals | Date | Description/Location | Reference | Amount |
|---|---|---|---|---|
| continued | 7/9 | UNION BANK 57500 29-PALMS YUCCA VALLEY CA | 26260381 70566488 | $ 200.00 |
| | 7/15 | UNION BANK 57500 29-PALMS YUCCA VALLEY CA | 26260381 70915430 | 100.00 |
| | 7/19 | UNION BANK 57500 29-PALMS YUCCA VALLEY CA | 26260381 72300775 | 100.00 |
| | 7/19 | UNION BANK 57500 29-PALMS YUCCA VALLEY CA | 26260381 70112803 | 100.00 |
| | 7/20 | UNION BANK 57500 29-PALMS YUCCA VALLEY CA | 26260381 70722116 | 100.00 |
| | Total | | | $ 1,260.00 |

**The following features and services are available with your account:**

- Unlimited Check Writing
- Online Banking
- Mobile Banking
- Text Alerts
- Online Bill Pay
- Unlimited Check Supply
- Debit Card or ATM Card
- Online Statements
- Email Alerts
- Union Bank ATMs
- Paper Statements
- Personal Savings or Money Market Account

**Your Account's Cost This Month**

| | |
|---|---|
| Monthly Service Charge: | $ 10.00 |
| Cost Before Savings: | $ 10.00 |
| DIRECT DEPOSIT WAIVER | $ - 10.00 |
| Your Cost Savings This Month: | $ 10.00 |
| Your Total Monthly Cost: | $ 0.00 |

*If you would like details of the costs for the Ready to Go feature(s) you have selected, please refer to the Ready to Go Simply St: Product Guide. For additional details, please visit your local branch, visit us online, or call us at 800-238-4486.